UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY WILSON,

        Plaintiff(s),         CASE NUMBER: 07-11827
                                    HONORABLE VICTORIA A. ROBERTS
v.

ASPEN FB & T, MDA CAPITAL, INC.,
MSA SOLUTIONS, L.L.C., REMARKETING
SOLUTIONS, INC., SALUTE UTB, and
STUDENT LOAN PROCESSORS, INC.,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 28, 2008, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation (Doc. #21) recommending that the Court DENY Plaintiff's Motion for Partial Summary Judgment (Doc. #13). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Plaintiff's Motion for Partial Summary Judgment.

        **IT IS ORDERED**.

                                                  s/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: March 18, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and Anthony Wilson by electronic means or U.S. Mail on March 18, 2008.

s/Linda Vertriest
Deputy Clerk